IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DORIS A. LINDSAY                                                PLAINTIFF

v.                    Civil No. 06- 2066

JEFF ATTEBURY; PHIL
ATTEBURY; JEREMY
ATTEBURY; KENTUCKY
FRIED CHICKEN; YUM BRANDS                                       DEFENDANTS

### ORDER

Doris A. Lindsay submitted this pro se action for filing on May 30, 2006. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint nunc pro tunc to May 30, 2006. The undersigned will determine at a later time whether the application to proceed IFP should be granted and whether the complaint should be served on the defendants.

IT IS SO ORDERED this 9th day of June 2006.

_____
BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 1 2 2006

CHRIS R. JOHNSON, CLERK
BY
      DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)

Dockets.Justia.com