IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DORIS A. LINDSAY                                                      PLAINTIFF

v.                     Civil No. 06-2066

JEFF ATTEBURY; PHIL
ATTEBURY; JEREMY
ATTEBURY; KENTUCKY
FRIED CHICKEN; YUM BRANDS                              DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on June 12, 2006 nunc pro tunc to May 30, 2006. Before the undersigned is the issue of whether the application to proceed *in forma pauperis* (IFP) should be granted and the issue of whether the complaint should be served. In order to assist the court in making such determinations, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Doris A. Lindsay, complete and sign the attached addendum to her complaint, and return the same to the court **by July 3, 2006. Plaintiff is advised that should she fail to return the completed and executed addendum by July 3, 2006, her complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 12th day of June 2006.

                                                     /s/ Beverly Stites Jones
                                                     UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DORIS A. LINDSAY                                                                              PLAINTIFF

v.                     Civil No. 06-2066

JEFF ATTEBURY; PHIL ATTEBURY; JEREMY ATTEBURY; KENTUCKY FRIED CHICKEN; YUM BRANDS                DEFENDANTS

## **ADDENDUM TO COMPLAINT**

TO: DORIS A. LINDSAY

This form is sent to you so that you may assist the court in making a determination as to the issue of whether your application to proceed IFP should be granted and the issue of whether the complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by July 3, 2006** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you allege that your phone rang every two hours from 3:00 p.m. to 3:00 a.m. for fifty-four nights. You indicate Lt. Damanti found out who was calling and ordered them to stop. You state that this disruption caused your sleep to be interrupted and adversely impacted your health.

AO72A
(Rev. 8/82)

1. On your application to proceed IFP, you indicate you have a monthly income of $2,100. You also indicate that you own two homes, two automobiles, and a motor home, and support only yourself. Please explain why you have insufficient income to pay the filing fee of $350. In doing so, you may wish to list your monthly expenses and indicate whether you have any equity in the items you listed such as the homes, cars, and motor home.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2. Please state when the phone calls you are referring to were made. In answering, please give specific dates if you can.

Answer:

AO72A
(Rev. 8/82)

_____

_____

_____

_____

   3. Were you at your home in Mountainburg, Arkansas, when you received the phone calls?

   Answer: Yes _____ No _____.

   If you answered no, please state where you were.

_____

_____

_____

_____

   4. You indicate that Lt. Damanti found out who made the phone calls. Who did make the phone calls?

   Answer:

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

5. You have named Jeff Attebury, Phil Attebury and Jeremy Attebury as defendants. You indicate each is a manager of a Kentucky Fried Chicken/A&W Restaurant located at 6965, Garden City, Idaho. With respect to each of these defendants, please state: (a) how you know him; (b) what connection you have with the restaurant; (c) why you believe he is liable to you; and (d) whether he was in the State of Arkansas at any time relevant to your complaint. If he was in the State of Arkansas, please state when he was here and what he did while here.

Jeff Attebury:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Phil Attebury:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Jeremy Attebury:

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

      6. You have named Kentucky Fried Chicken in Atlanta, Georgia, as a defendant. Please describe in detail how you believe Kentucky Fried Chicken harmed you or violated your rights. In doing so, please state what connection you believe Kentucky Fried Chicken's actions had with the State of Arkansas.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

      7. You have named Yum Brands in Atlanta, Georgia, as a defendant. Please describe in detail how you believe Yum Brands harmed you or violated your rights. In doing so, please state what connection you believe Yum Brand's actions had with the State of Arkansas.

      Answer:

_____

_____

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

      _____
      Doris A. Lindsay

      _____
      DATE