IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DORIS A. LINDSAY                                                    PLAINTIFF

    v.                              No. 06-2066

JEFF ATTEBURY; PHIL
ATTEBURY; JEREMY
ATTEBURY; KENTUCKY
FRIED CHICKEN; YUM BRANDS                                          DEFENDANTS

### **ORDER**

Now on this 4th day of August 2006, there comes on for consideration the Magistrate Judge's Report and Recommendation filed on June 28, 2006 by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7.) Plaintiff has filed written objections to the report and recommendation. (Doc. 8.)

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, the Court orders that the complaint not be served and the case is hereby DISMISSED with prejudice for failure to state a claim and for lack of personal jurisdiction over Defendants.

IT IS SO ORDERED this 4th day of August 2006.

                                          /S/ Robert T. Dawson
                                          Robert T. Dawson
                                          United States District Judge